**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1838

RENEE O. ATKINSON-BUSH, On behalf of herself and all others
similarly situated,

              Plaintiff - Appellant,

       v.

BALTIMORE WASHINGTON MEDICAL CENTER, INC.,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Benson Everett Legg, Senior District
Judge.  (8:10-cv-02350-BEL)

Submitted: October 30, 2014          Decided: November 7, 2014

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Scott A. Conwell, CONWELL LAW, LLC, Crofton, Maryland, for
Appellant.  Kathryn W. Sullivan, Associate Counsel, Office of
the General Counsel, UNIVERSITY OF MARYLAND MEDICAL SYSTEM,
Baltimore, Maryland; Peter E. Keith, Brian T. Tucker, Steven G.
Metzger, GALLAGHER EVELIUS & JONES, LLP, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee O. Atkinson-Bush appeals the district court's order dismissing this action and denying her motion to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Atkinson-Bush v. Baltimore Washington Med. Ctr. Inc., No. 8:10-cv-02350-BEL (D. Md. filed May 25, 2011, entered May 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED